FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

June 18, 2014

No. 04-14-00424-CR

**IN RE** Vicente **REYES**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:        Catherine Stone, Chief Justice
Karen Angelini, Justice
Marialyn Barnard, Justice

On June 13, 2014, relator filed a pro se petition for writ of mandamus. With his petition, relator also filed motions asking this court to take judicial notice of the record filed in his direct appeal in Appeal No. 04-07-00203-CR, to suspend the rules of appellate procedure governing the number of copies required for filing and the requisites for filed documents, and to allow relator to proceed without advance payment of costs. Relator's motions are GRANTED.

The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* Tex. R. App. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on June 18th, 2014.

_Catherine Stone_
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of June, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2006CR6988, styled *The State of Texas v. Vicente Reyes*, pending in the 290th Judicial District Court, Bexar County, Texas, the Honorable Melisa Skinner presiding.